IN THE SUPREME COURT OF THE STATE OF DELAWARE

|  | § |  |
|---|---|---|
| IN RE AMC ENTERTAINMENT | § | No. 385, 2023 |
| HOLDINGS, INC. STOCKHOLDER | § | |
| LITIGATION | § | Court Below—Court of Chancery |
|  | § | of the State of Delaware |
|  | § | |
|  | § | Consol. C.A. No. 2023-0215 |

Submitted: May 8, 2024
Decided: May 22, 2024

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## **ORDER**

This 22nd day of May 2024, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion and Order dated August 11, 2023.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice